

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00081-CV

| | | |
|---|---|---|
| The Estate of Glenda Rhoades | § | From County Court at Law No. 2 |
| | § | of Parker County (CIV-13-0909) |
| | § | June 11, 2015 |
| | § | Opinion by Justice Gabriel |
| | § | Concurrence by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel